No. 356. INDIAN TERRITORY ILLUMINATING OIL CO. v. BOARD OF EQUALIZATION OF TULSA COUNTY, OKLAHOMA; and
No. 357. SAME v. BOARD OF COUNTY COMMISSIONERS OF PAYNE COUNTY, OKLAHOMA. Jurisdictional statement submitted October 29, 1932. Decided November 7, 1932. *Per Curiam:* The appeals herein are dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937); *Citizens National Bank* v. *Durr,* 257 U. S. 99, 106, 107; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 4, 5, 6. Treating the papers whereon the appeals in these

causes were allowed as petitions for writs of certiorari, § 237 (c), Judicial Code as amended (43 Stat. 936, 938), consideration thereof is postponed and leave is granted to petitioners to file briefs supporting applications for certiorari within fifteen days, with ten days for opposing counsel to reply. *Messrs. John H. Miley* and *Wm. P. McGinnis* for appellant. *Mr. Hugh Webster* for the Board of Equalization of Tulsa County. *Messrs. Ernest F. Jenkins* and *Guy L. Horton* for the Board of County Commissioners of Payne County.